# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00514-CV

---

## In re DeAndre Lashun White

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator DeAndre Lashun White, an inmate in the LeBlanc Unit of the Texas Department of Criminal Justice (TDCJ), has filed a pro se petition for writ of mandamus.[1] White asks this Court to compel Pamela Thielke, Director of the Parole Division of the TDCJ, to "provide African Americans Equal Protections of law against racial discrimination in the parole release and review process." He alleges that she has "failed at her duty to enforce and ensure prohibition against racial discrimination and unequal and fair treatment of inmates being reviewed and granted parole" and purports to bring the petition on his own and another inmate's behalf.

By statute, this Court has no authority to issue a writ of mandamus against the TDCJ's Director of the Parole Division unless required to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221 (establishing that intermediate appellate courts have jurisdiction to issue

---

[1] Relator White titled his document "An Emergency Motion for Leave to File Petition for Writ of Mandamus," but we have construed the document as a petition for writ of mandamus based on his requested relief.

writs of mandamus only against certain types of judges and to enforce appellate courts' own jurisdiction). White has not demonstrated that the requested relief is necessary to enforce our appellate jurisdiction. *See In re Adams*, No. 03-20-00262-CV, 2020 Tex. App. LEXIS 4134, at *1–2 (Tex. App.—Austin May 29, 2020, orig. proceeding) (denying petition for writ of mandamus seeking to compel TDCJ's director of parole division "to ensure that African-American prisoners in the LeBlanc Unit receive equal treatment and equal protection during the parole process"). Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Smith

Filed:   November 19, 2020